COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:  The Better Business Bureau of Metropolitan Houston, Inc., The Better Business Bureau of Metropolitan Houston Education Foundation, Dan Parson, Chris Church, Church Enterprise, Inc., Gary Milleson, Ronald N. McMillan, D' Artagnan Bebel, Mark Goldie, Charl v. John Moore Services, Inc. and John Moore Renovation, LLC

Appellate case number:  01-14-00687-CV

Trial court case number:  2013-76215

Trial court:  269th District Court of Harris County

In an order issued April 1, 2015, this Court determined that it is appropriate to refer this appeal for resolution by mediation. *See* TEX. CIV. PRAC. & REM. CODE ANN. §§ 154.021, 154.022(a), 154.023.

Pursuant to the deadlines set by this Court's April 1, 2015 order, the parties timely filed a notice to this Court identifying the chosen mediator for this cause. In their notice, the parties requested additional time to mediate this cause.

This Court GRANTS the parties' request for additional time. The deadlines set by the court's April 1, 2015 order are amended as follows.

•       No later than **15 days** from the date that this order is issued, the parties shall file with the Clerk of this Court a completed "Parties' Notification to Court of Mediator."  This document can be downloaded from the forms page of the Court's website at http://www.txcourts.gov/1stcoa.

•       No later than **60 days** from the date that this order is issued, the parties shall conduct the mediation.

•       No later than **two days** from the conclusion of the mediation, the parties and the mediator shall advise the Clerk of this Court in writing whether the parties did or did not settle the underlying dispute, and the mediator shall file with the Clerk of this Court a completed "Appointment and Fee Report—Mediation" form. This document can be downloaded from the forms page of the Court's website at http://www.txcourts.gov/1stcoa.

It is so ORDERED.

Judge's signature:/s/ Michael Massengale

☑ Acting individually    ☐ Acting for the Court


Date: May 14, 2015